```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                             CASE NO. 04 B 20859
   DENNIS GEORGE SIMONETTI
   BETTY LOU SIMONETTI                             CHAPTER 13

                                                   JUDGE: BRUCE W BLACK
          Debtor
   SSN XXX-XX-3388     SSN XXX-XX-0203


------------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
      Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 05/28/04 and confirmed on 07/30/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  74177.21 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| DOWNEY SAVINGS & LN | CURRENT MORTG | 48574.14 | .00 | 48574.14 |
| HEIGHTS AUTO WORKER CU | SECURED | 5962.21 | 723.12 | 5962.21 |
| BECKET & LEE LLP | UNSECURED | 2620.91 | .00 | 916.18 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 483.74 | .00 | 161.27 |
| ASPIRE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | FILED LATE | .00 | .00 | .00 |
| SMC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1369.21 | .00 | 468.10 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 5172.96 | .00 | 1808.28 |
| ROUNDUP FUNDING LLC | UNSECURED | 6490.31 | .00 | 2268.78 |
| HEIGHTS AUTO WORKER CU | UNSECURED | 996.98 | .00 | 340.84 |
| HOME DEPOT | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3391.23 | .00 | 1185.45 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1026.47 | .00 | 350.93 |
| WALMART MCCBG | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 326.01 | .00 | 111.45 |
| PEOTONE BANK & TRUST CO | UNSECURED | NOT FILED | .00 | .00 |
| PEOTONE BANK & TRUST CO | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1687.68 | .00 | 576.98 |
| ECAST SETTLEMENT CORP | UNSECURED | 809.93 | .00 | 276.91 |
| ROUNDUP FUNDING LLC | UNSECURED | 412.78 | .00 | 137.61 |
| RETAILERS NATIONAL BANK | UNSECURED | 827.70 | .00 | 282.97 |
| UNITED STUDENT AID FUNDS | UNSECURED | 4916.35 | .00 | 1718.58 |

```
CAPITAL ONE FINANCIAL     FILED LATE          .00              .00            .00
RESURGENT CAPITAL SERVIC  UNSECURED        792.07              .00         276.88
RESURGENT CAPITAL SERVIC  UNSECURED       4448.32              .00        1554.97
US BANK                   UNSECURED       1178.77              .00         403.00
WORLD FINANCIAL NTWRK NA  UNSECURED      NOT FILED             .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED       1085.46              .00         371.10
CAPITAL ONE FINANCIAL     FILED LATE          .00              .00            .00
       Summary of disbursements:
-----------------------------------------------------------------------------
                  SECURED      PRIORITY   UNSECURED        OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED   54536.35       .00    38036.88          .00      92573.23
PRINCIPAL PAID       54536.35       .00    13210.28          .00      67746.63
INTEREST PAID          723.12       .00         .00          .00        723.12
TOTAL PAID           55259.47       .00    13210.28          .00      68469.75
```

The Debtor's attorney, UAW FORD LEGAL SERVICES PLAN  , was allowed $      .00
and was paid $       .00 .

The Trustee received $   3008.25 .

Refunds to the Debtor totaled $   2699.21 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 12/14/07                    /S/
                                GLENN STEARNS
                                CHAPTER 13 TRUSTEE




                              PAGE   2
      CASE NO. 04 B 20859 DENNIS GEORGE SIMONETTI & BETTY LOU SIMONETTI